**429** DOWLING vs. PROBATE JUDGE (Wayne), No. 12745½.

To vacate order setting aside the report of commissioners on claims and revoking the commission, the court having found that the administrator of said estate did not have actual notice of the meeting of said commissioners, and that the commissioners did not give notice of their meeting as required by law and directed by the court.

Order to show cause denied May 4, 1892.

**430** HART ET AL. vs. CIRCUIT JUDGE (Shiawassee), 56 M., 592.

To compel the hearing of a claim made by a creditor against an estate, where he had failed to present it to the commissioners while in commission, on appeal to the Circuit Court from the order refusing to hear the application.

Granted May 6, 1885.

Held, that under Secs. 5893-5895 the probate judge must either revive the commission for hearing the claim or he may hear it himself; that mandamus lies to enforce this right, and that the merits of the claim are not open upon application for mandamus.

**431** DAY vs. CIRCUIT JUDGE (Wayne), No. 13839.

To compel respondent to vacate an order directing the payment of certain sums as solicitor's fees, temporary alimony, etc., in a divorce case, wherein relator is defendant, and to set aside on order committing relator for contempt in refusing to comply with the first named order.

Denied December 15, 1893, with costs.